UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE S. VAUGHN, | ) | Case No.: 1:12 CV 3135 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | <u>JUDGMENT ENTRY</u> |

  The court, having entered summary judgment in favor of Defendants and against Plaintiff on all of Plaintiff's claims in a separate Order on this same date, hereby enters judgment accordingly.

  This action is hereby terminated.

  IT IS SO ORDERED.

<u>/s/ SOLOMON OLIVER, JR.</u>
CHIEF JUDGE
UNITED STATES DISTRICT COURT

June 27, 2014